

**Court of Appeals**

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BRIAN QUINN
Chief Justice

PATRICK A. PIRTLE
Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

BOBBY RAMIREZ
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

September 30, 2021

Dale A. Rabe
Attorney at Law
P.O. Box 900
Childress, TX 79201
* DELIVERED VIA E-MAIL *

Mark W. Snider
District Attorney
P. O. Box 3431
Stinnett, TX 79083
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-20-00357-CR, 07-20-00358-CR
Trial Court Case Number: 11,257, 11,393

**Style:** Jamie Lee Burns a/k/a Jamie Lee Nelson v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the referenced appeal. *See* TEX. R. APP. P. 48.

Pursuant to Section 51.204(b)(2) of the Texas Government Code, exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Very truly yours,

*Bobby Ramirez*

Bobby Ramirez, Clerk

cc: Honorable James M. Mosley (DELIVERED VIA E-MAIL)
Robin Stroud (DELIVERED VIA E-MAIL)